IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PABLO GONZALEZ-AVILES and HELEDORO PENA-GONZALEZ, individually and on behalf of all other persons similarly situated,

    Plaintiffs,

v.

THOMAS E. PEREZ, *et al.*,

    Defendant.
_____/

CASE NO.:

15-3463-cv-MJG

### DEFENDANT, DEGGELLER ATTRACTIONS, INC.'S, MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant, Deggeller Attractions, Inc. ("Defendant" or "Deggeller"), pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and L.R. 105, hereby moves to dismiss Plaintiffs', Pablo Gonzalez-Aviles and Heledoro Pena-Gonzalez's ("Plaintiffs"), Complaint (DE # 1), and states as follows:

Plaintiffs have asserted four separate causes of action in the Complaint. The first three counts – Counts I – III - allege violations of the Administrative Procedures Act (the "APA") (the "APA Claims"). Deggeller is unable to discern whether it has been sued in the APA Claims. Indeed, Deggeller is not mentioned anywhere in Counts I – III. To the extent it has, however, the APA Claims should be dismissed because this Court does not have subject matter jurisdiction over Deggeller for the APA Claims and, moreover, Deggeller is not a proper defendant for a claim made pursuant to the APA.

In Count IV of the Complaint, Plaintiffs have asserted a claim against Deggeller pursuant to the Declaratory Judgment Act (the "DJA") (the "DJA Claim"). Similar to the APA Claims, no

subject matter jurisdiction exists as to Deggeller for the DJA Claim and, as a result, Count IV should be dismissed as well.

Dated: this  1st  day of February, 2016.

                              Respectfully submitted,

                              **The Pierce Law Firm, LLC**
                              133 Defense Highway, Suite 201
                              Annapolis, Maryland 21401-7015
                              Telephone: (410) 573-9955
                              Facsimile: (410) 573-9956

By: _____
                              R. Wayne Pierce
                              Federal Bar No.: 07999
                              wpierce@adventurelaw.com

                          and

                              **GRAYROBINSON, P.A.**
                              333 S.E. 2nd Ave, Suite 3200
                              Miami, Florida 33131
                              Telephone: (305) 416-6880
                              Facsimile: (305) 416-6887

By:  /s/  *Terrance W. Anderson, Jr.*
                              Terrance W. Anderson, Jr.
                              Florida Bar No.: 27426
                              twanderson@gray-robinson.com
                              *pro hac vice motion forthcoming*
                              Juan C. Martinez
                              Florida Bar No.: 9024
                              juan.martinez@gray-robinson.com
                              *pro hac vice motion forthcoming*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this  1st  day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on this Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and via U.S. mail.

By: _____
       R. Wayne Pierce

## SERVICE LIST

*Counsel for Plaintiffs*

| | |
|---|---|
| **Alfred Darwin Holder, Esq.**<br>Holder Law Group, LLC<br>P.O. Box 10509<br>Towson, Maryland 21285<br>darholder@holderlaw.com<br>Telephone: (410) 296-9550<br>Facsimile: (443) 863-6633<br>*Served via CM/ECF* | **Edward Tuddenham, Esq.**<br>Law Office of Edward Tuddenham<br>228 W. 137th Street<br>New York, New York 10030<br>etudden@prismnet.com<br>Telephone: (512) 413-4863<br>Facsimile: (512) 532-7780<br>*Served via CM/ECF* |
| **Meredith B. Stewart, Esq.**<br>Southern Poverty Law Center<br>1055 Charles Avenue, Suite 505<br>New Orleans, Louisiana 70130<br>Meredith.stewart@splcenter.org<br>Telephone: (504) 486-8982<br>Facsimile: (504) 486-8947<br>*Served via CM/ECF* | |

*Counsel for Government Defendants*

| |
|---|
| **Sarah Stevens Wilson, Esq.**<br>**Vinita Andrapalliyal, Esq.**<br>United States Department of Justice<br>Office of Immigration Litigation<br>Ben Franklin Station, P.O. Box 868<br>Washington, D.C. 20044<br>Sarah.s.wilson@usdoj.gov<br>Vinita.b.andrapalliyal@usdoj.gov<br>Telephone: (202) 532-4700<br>Facsimile: (202) 305-7000<br>*Served via CM/ECF* |

*Counsel for Employer Defendants*

| | |
|---|---|
| **Wendel V. Hall, Esq.**<br>Hall Law Office<br>1200 G Street, N.W., Suite 800<br>Washington, D.C. 20005<br>wendel@halllawoffice.net<br>Telephone: (202) 661-2173<br>Facsimile: (202) 434-8707<br>*Served via CM/ECF* | **Noam B. Fischman, Esq.**<br>Polsinelli, PC<br>1401 Eye Street, N.W., Suite 800<br>Washington, D.C. 20009<br>nfischman@polsinelli.com<br>Telephone: (202) 783-3300<br>Facsimile: (202) 783-3535<br>*Served via CM/ECF* |
| **George E. Brown, Esq.**<br>**Diona Howard-Nicolas, Esq.**<br>Kramon & Graham, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202<br>Telephone: (410) 752-6030<br>Facsimile: (410 539-1269<br>gbrown@kg-law.com<br>dhoward-nicolas@kg-law.com<br>*Served via CM/ECF* | |

\321332\3 - TANDERSON - # 1995572 v1