IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GONZALEZ-AVILES, et al.** | : | |
| | : | |
| Plaintiffs | : | Civil Action No.: |
| | : | 1:15-cv-03463-MJG |
| v. | : | |
| | : | |
| **THOMAS PEREZ, et al.** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**EMPLOYER-DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), 65 Employer-Defendants move to dismiss this matter. Plaintiffs are two former employees of Employer-Defendant Outside Unlimited, Inc. Outside Unlimited is currently involved in an administrative proceeding before the United States Department of Labor. Plaintiffs want this Court to issue an advisory opinion prospectively negating just one of Outside Unlimited's defenses in that case. However, Article III does not permit federal courts to issue advisory opinions, especially ones with limited, real-world consequences. Nor does it permit this Court to provide relief unless a plaintiff states a claim upon which relief may be granted. The Complaint does not allege a specific cause of action against any Employer-Defendant. The Complaint should be dismissed.

Dated: February 1, 2016            Respectfully submitted,

/s/ Wendel Hall_____
Wendel V. Hall, D.C. Bar 439344
Hall Law Office, PLLC
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 661-2173 (phone)

(202) 434-8707 (facsimile)
wendel@halllawoffice.net

_____
*R Wayne Pierce*
R. Wayne Pierce, Esquire #07999
The Pierce Law Firm, LLC
133 Defense Hwy, Suite 201
Annapolis, Maryland 21401-7015
410-573-9955
Fax  410-573-9956
wpierce@adventurelaw.com

Attorney for 65 Employer-Defendants
A of R Services, Inc.,
A.R. Star Services, Inc.,
Akehurst Landscape Service, Inc.,
Alpha Landscape Contractors, Inc.,
Bob Jackson Landscapes, Inc.,
Cedar Ridge Landscape, Inc.,
Challenger Sports Corp.,
Clipper's Inc.,
Clipper's Inc.-NOVA,
Columbia Grounds Management Corp.,
Continental Landscaping, Inc.,
Creative Landscapes by Gregory, Inc.,
C.S. Lawn & Landscape, Inc.
Custom Ground Maintenance, Inc.,
Denison Landscaping, Inc.,
Easton Ice Company, Inc.,
Ed's Plant World, Inc.,
Excell Lawn Care Inc.,
Exec-U-Lawn Landscape Management, Inc.,
Facility Services Co., Inc.,
Fairplay Games, Inc.,
Frank Joseph & Sons, Inc.,
Gibson Landscapes Inc.,
Goshen Enterprises, Inc.,
Green Angels Landscaping LLC,
Grounds Management and Landscaping Inc.
Hartsoe Property Services, LLC,
HV, LLC
Hydro-Tech Irrigation Co.,
Inners Amusement Co.,
Ivy Hill Nursery Co., Inc.,

>Kane Landscapes, Inc.,
>KCS Landscape Management, Inc.,
>Kelly-Miller Bros. Circus,
>Kingsdene Nurseries, Inc.
>Landcare USA LLC,
>Landscape Development Co., Inc.,
>Larson's Tree Service & Landscaping, Ltd.,
>Lawns Unlimited, LLC,
>Laytonsville Turf Farm, LLC,
>Lee's Lawn Service,
>Manor View Farm, Inc.,
>Maryland Natives Nursery, Inc.,
>Mead Tree & Turf Care, Inc.,
>M.J.M. Lawn and Landscaping, Inc.,
>Oak Hill Lawn Care & Landscaping, Inc.,
>Outside Unlimited, Inc.,
>P. Stadler and Sons Co.,
>Paul Schwartz Landscaping, LLC,
>PGC Landscape LLC,
>Pinehurst Landscape Co., Inc.,
>Poole Landscaping, Inc.,
>Porter Landscaping, Inc.,
>Quality One, Inc.,
>South Forty, Inc.,
>Sposato Landscape Co., Inc.,
>Strates Fine Foods, Inc.,
>Surrounds Inc.,
>TDH Landscaping, LLC,
>Terrace Turf Lawn Services, Inc.,
>Wentworth Nursery, Inc.,
>W.H. Boyer, Inc.
>Whatever Enterprises, LLC,
>William T. King, Inc., and
>Woodfield Landscaping Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2016, this Motion to Dismiss, supporting memorandum, and exhibits were served electronically by the Court's CM/ECF system on all counsel of record, each of whom is a filing user.

_R Wayne Pierce_
R. Wayne Pierce