IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PABLO GONZALEZ-AVILES, ET AL. | * |
| v. | *    Civil No. – JFM-15-3463 |
| THOMAS E. PEREZ, ET AL. | * |

## MEMORANDUM

I have reviewed the memoranda submitted in connection with plaintiffs' Rule 59(e) motion to remaining issues. The motion is denied. However, to clarify the record, I will state that DOL's acceptances of employers' SPWD appeals did not constitute a "final agency action." Likewise, I will state that I denied plaintiffs' motion for leave to amend on the grounds that the motion was untimely and that I lacked subject matter jurisdiction over the action.

A separate order denying plaintiffs' motion is being entered herewith.

Date: 8/19/16

J. Frederick Motz
United States District Judge

1